# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3772

_____

Fred E. Christian,

        Appellant,

v.

Frank Bommarito Oldsmobile, Inc.,
doing business as Bommarito Infinity,

        Appellee.

\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Missouri.

\*   [UNPUBLISHED]

_____

Submitted:  November 22, 2010
Filed:  November 26, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Fred E. Christian appeals following the district court's[1] adverse entry of judgment on a jury verdict in his employment-discrimination action. Upon careful consideration of Christian's challenges to certain pretrial rulings, we find no basis for reversal. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.